IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RONALD ROACH,

    Plaintiff,

v.

CAROLYN W. COLVIN,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 14-cv-531-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the joint motion for judgment reversing the Commissioner's decision is granted and this case is remanded pursuant to sentence four of 42 U.S.C. § 405 (g).

| s/V. Olmo, Deputy Clerk | 2/10/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |