IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RONALD ROACH,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 14-cv-531-wmc

---

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that judgment is entered awarding plaintiff Ronald Roach attorney fees in the amount of $4,700 under the Equal Access to Justice Act, 28 U.S.C. §2412.

s/V. Olmo, Deputy Clerk      3/27/2015

Peter Oppeneer, Clerk of Court      Date